### THE MARY L. CUSHING.

### KOCH et al. v. CUSHING et al.

(Circuit Court of Appeals, Second Circuit. January 9, 1895.)

#### No. 28.

COLLISION—INEVITABLE ACCIDENT—MOORED VESSEL—INSUFFICIENCY OF SPILE.

Appeal from the District Court of the United States for the Southern District of New York.

This suit was brought by the owners of the ship Eolus for damage sustained by the breaking adrift of the ship Mary L. Cushing, which was lying in the same slip. The district judge dismissed the libel on the ground that the disaster was due to inevitable accident. 60 Fed. 110.

Chas. C. Burlingham, for appellants.

Henry W. Goodrich, for appellees.

Before WALLACE, LACOMBE, and SHIPMAN, Circuit Judges.

PER CURIAM. We concur in the opinion of the district judge, viz. that the Cushing was moored in a manner proper and reasonable, under the circumstances, such as is usual in similar cases, and has been found by experience to be sufficient to answer the end in view, and that she broke loose "in consequence of the insufficiency of a spile, of which the ship could have no knowledge, in conjunction with a very high tide and an extraordinary gale, shifting to a quarter which bore most heavily upon the ship." It is unnecessary to discuss the evidence, which is sufficiently referred to in the opinion of the learned district judge. Decree affirmed, with costs.